IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
RUBEN PINCHANSKI, SHAREN JESTER          )
TURNEY, MARTYN REDGRAVE, JOEL            )
CUTLER, LAWRENCE BOHN, STEPHEN           )
ASBATY and WENDY LAHAYE,                 )    Case No. 10-00102 (KG)
                                         )
        Plaintiffs                       )
                                         )
v.                                       )
                                         )
JOSEPH F. FINN, JR., in his capacity as Assignee )
For the Benefit of Creditors of N2N Commerce,    )
Inc., and as successor-in-interest to N2N Commerce, )
Inc.,                                    )
                                         )
        Defendant,                       )
                                         )
and                                      )
                                         )
N2N COMMERCE, INC., a Delaware corporation, )
                                         )
        Nominal Defendant.               )
                                         )
                                         )
-----------------------------------------------------------------x
```

## NOTICE OF APPEAL

Stephen Asbaty, Lawrence Bohn, Joel Cutler, Wendy LaHaye, Ruben Pinchanski, Martyn Redgrave, and Sharen Turney (collectively, the "Movants"), pursuant to 28 U.S.C. § 158(a) and Fed. R. Bankr. P. 8001, hereby appeal from the Court's Memorandum Order entered on June 10, 2010 [D.I. 25] (the "Order") to the extent that the Order denied Movants' Cross-Motion for Mandatory Abstention [D.I. 7].

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel of Record** |
|---|---|
| *Chapter 7 Trustee of N2N Commerce, Inc.* | Joseph H. Strock, Esq.<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Suite 1300<br>Wilmington, Delaware 19899<br>Tel:   (302) 654-7444<br><br>Steven C. Reingold, Esq.<br>Michael J. Fencer, Esq.<br>JAGER SMITH P.C.<br>One Financial Center<br>Boston, Massachusetts 02111<br>Tel:   (617) 951-0500 |
| *Defendant Joseph F. Finn, Jr. as Assignee for the Benefit of Creditors of N2N Commerce, Inc. and successor-in-interest to N2N Commerce, Inc.* | Margaret F. England<br>ECKERT SEAMANS CHERIN &<br>  MELLOTT, LLC<br>300 Delaware Ave, Suite 1210<br>Wilmington, DE 19801<br>Tel:   (302) 425-0430 |

[signatures on following pages]

Dated: June 17, 2010					Respectfully submitted,

                 /s/ John M. Seaman
                John M. Seaman (# 3868)
                ABRAMS & BAYLISS LLP
                20 Montchanin Road, Suite 200
                Wilmington, DE 19807
                Tel: (302) 778-1000
                E-Mail: seaman@abramsbayliss.com

*Counsel for Plaintiffs Stephen Asbaty, Lawrence Bohn, Joel Cutler, Wendy Lahaye, Ruben Pinchanski, Martyn Redgrave & Sharen Turney*

-and-

Daniel C. Cohn
A. Davis Whitesell
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, Massachusetts  02110
Tel.:  (617) 951-2505
E-Mail:  whitesell@cwg11.com

*Counsel for Martyn Redgrave and Sharen Turney*

-and-

Michael J. Pappone
Anthony S. Fiotto
Jennifer W. Fischesser
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts  02109
Tel.:  (617) 570-1000
E-Mail:  mpappone@goodwinprocter.com
    afiotto@goodwinprocter.com
    jfischesser@goodwinprocter.com

*Counsel for Lawrence Bohn and Joel Cutler*

{A&B-00143050-}					3

-and-

Scott Birnbaum
BIRNBAUM & GODKIN LLP
280 Summer Street
Boston, Massachusetts 02210
Tel.: (617) 307-6100
E-Mail: birnbaum@birnbaumgodkin.com

*Counsel for Stephen Asbaty, Wendy Lahaye & Ruben Pinchanski*